IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BRENDA E. MAGADAN                                                    PLAINTIFF

      v.                                    CIVIL NO. 05-5092

LINDA S. MCMAHON,[1] Commissioner
Social Security Administration                                       DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff, Brenda Magadan, appealed the Commissioner's denial of benefits to this court.

On June 25, 2006, a report and recommendation was entered recommending that the case be

remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. # 6).  On

July 28, 2006, the report and recommendation was adopted and the case was remanded for

further consideration.  (Doc. # 7).  On November 29, 2006, plaintiff filed a motion for attorney's

fees and costs under 28 U.S.C. § 2412, the Equal Access to Justice Act (hereinafter "EAJA").

(Doc. # 8).  The defendant objected to plaintiff's motion for attorney fees, stating that the motion

was not timely filed.  (Doc. # 10).

      A request for an award of attorney's fees and costs under the EAJA may be filed up until

30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for

appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C.

§§ 2412(d)(1)(B),(d)(2)(G).   Therefore, to be timely, a request for attorney's fees under the

EAJA should have been filed no later than October 30, 2006.  Plaintiff's counsel filed this

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has
been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.

petition requesting attorney's fees under the EAJA on November 29, 2006, approximately one month after the deadline for filing said motion had expired.  Accordingly, we recommend denying plaintiff's motion for attorney's fees under the EAJA as untimely filed.  **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

IT IS SO ORDERED this 14th day of February 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

2