IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRENDA E. MAGADAN                                                                                    PLAINTIFF

    v.                                           CIVIL NO. 05-5092

MICHAEL J. ASTRUE[1], Commissioner
Social Security Administration                                                                    DEFENDANT

## O R D E R

On this 9th day of March, 2007, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February14, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby denies plaintiff's motion for attorney's fees under the EAJA as untimely filed.

    IT IS SO ORDERED.

                                 /s/Jimm Larry Hendren
                                 HON. JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)